# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 10-288 (6) (RHK/JSM) |
| Plaintiff, | **ORDER SEALING DOCUMENT** |
| vs. | |
| Kevin Julian Straw, | |
| Defendant. | |

Julie Allyn, Assistant United States Attorney, United States Attorney's Office, Counsel for the Plaintiff.

F. Clayton Tyler, F. Clayton Tyler, PA, Counsel for the Defendant.

---

This matter is before the Court on the Defendant's Motion to Seal Document (Doc. No. 482).

For good cause shown, the Motion (Doc. No. 482) is **GRANTED** and the Clerk's Office is hereby **ORDERED** to file under seal the position paper.

Dated: December 5, 2011

                                                    s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge